# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SHARON M. PARSON (CRUSOE)** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:19-CV-2758-N-BK** |
| | § | |
| **ONE WEST BANK, ET AL.,** | § | |
| **DEFENDANTS.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for want of prosecution.

SO ORDERED this 24th day of July, 2020.

DAVID C. GODBEY
DISTRICT JUDGE